No. 437.   JAMES ARTHUR, PETITIONER, *v.* BARON DE HIRSCH

FUND.    October 19, 1903.    Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.    *Mr. Henry Galbraith Ward* for petitioner.    *Mr. Julius J. Frank* and *Mr. George W. Wickersham* for respondent.

---

